

299 Broadway
17th Floor
New York, New York
10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

July 10, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

> The request for an adjournment is granted in part and denied in part. The initial pretrial conference scheduled for July 17, 2025, is adjourned to August 19, 2025, at 12:00 p.m.
>
> Date: 7/11/25
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

re: <u>Ramirez-Grullon v. Peraton, Inc., et al.</u> 25-CV-3380 (LJL)

Dear Judge Liman,

My office represents the Plaintiff Melissa Ramirez-Grullon ("Plaintiff") in the above matter. In that capacity, I write to respectfully request that the Initial Conference which is currently scheduled for July 17, 2025, be adjourned until a date after September 2, 2025. Defendants consent to this request.

By way of background, Defendants response to the Complaint is not due until July 31, 2025. Earlier today, Defendants advised the Court and counsel that they intend to move to dismiss the Complaint. As such, Plaintiff submits that it would be an inefficient use of the Court's resources to conduct an Initial Conference before the Defendants have answered or even identified the grounds by which they intend to move to dismiss. For this reason, Plaintiff is requesting that the Initial Conference be adjourned until at least 30 days after the Defendants' response to the Complaint is due so that the parties are in a better position to address Defendants' anticipated motion and the scope of discovery.

Plaintiff thanks the Court for its consideration herein.

,                                            Respectfully submitted,

/s/ Evan Brustein

Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, Suite 800
New York, New York 10007
Telephone: (212) 233-3900
Facsimile: (347) 786-6784

                Email: evan@brusteinlaw.com
                *Attorneys for Plaintiff*

cc: All parties (via ECF)