

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298


Sara Elgndy
212.471.4468 direct
212.583.9600 main
SElgndy@littler.com

May 5, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re:**  *Melissa Ramirez-Grullon v. Peraton, Inc., et al.*
      **Case No. 1:25-cv-3380**

Dear Judge Liman:

This firm represents Defendants Peraton, Inc. ("Peraton"), Perspecta, Inc. ("Perspecta"), and Veronica Bowen ("Bowen") (collectively, "Defendants") in the above-referenced matter. We submit this correspondence jointly with counsel for Plaintiff Melissa Ramirez-Grullon ("Plaintiff"). The parties respectfully request a ninety (90) day extension to complete fact discovery, currently scheduled as May 5, 2026, as there are still discovery matters that the parties are working to complete. This is the second request for such relief.

Good cause exists for this request. The parties have made diligent efforts to resolve discovery disputes and have met and conferred several times, the latest as of April 20th regarding ESI search terms, in an effort to obviate court intervention. The parties are working to complete Defendants' ESI production which has been complicated by the large volume of data and conferral of search terms. Plaintiff served a deficiency letter on April 17, 2026 and Defendants are in the process of responding to same. Additionally, Defendants are not in possession of records relevant to Plaintiff's liability claims nor damages in response to the HIPAA authorizations furnished by Plaintiff on April 16, 2026, upon the Court's entry of the protective order, which is required for the completion of fact discovery and for expert discovery. Plaintiff also served a supplement production on April 3, 2026, which has not yet been assessed for completeness or follow up. Given these outstanding issues, the parties have not yet taken depositions and are thus coordinating witness scheduling in conjunction with summer holidays.

Based upon the parties' request, the deadlines set forth in the Amended Case Management Plan ("CMP") dated March 3, 2026 (Dkt. No. 54) would be extended as follows:

1. Fact discovery, currently scheduled for May 5, 2026, to be completed by August 5, 2026 (CMP §6);

The Honorable Lewis J. Liman
May 5, 2026
Page 2

2.  Expert discovery, currently scheduled for July 6, 2026, to be completed by October 6, 2026 (CMP §8);

3.  Motions for summary judgment, currently scheduled for July 29, 2026, to be filed no later than October 29, 2026 (CMP §12).

As set forth in the CMP, there is a post-discovery conference currently scheduled for July 28, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Sara Elgndy*
Sara Elgndy

SE:wr
cc:    Counsel of record (via ECF)

The request is granted in part and denied in part.  The parties have established good cause for a 60-day extension of discovery.  The parties shall submit a revised case management plan consistent with this Order.
Date: May 5, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge