**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELISSA RAMIREZ-GRULLON<br><br>          **Plaintiff,**<br><br>    -- against --<br><br><br>**PERATON, INC., PERSPECTA, INC. AND VERONIC BOWEN,**<br><br><br>**Defendants,** | Civil Action No.: 25-cv-3380 (LJL) |

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

**BRUSTEIN LAW PLLC**
Evan Brustein, Esq.
299 Broadway, Suite 800
New York, New York 10007
Telephone: (212) 233-3900
evan@brusteinlaw.com

**RISMAN & RISMAN, P.C.**
Shannon Barry, Esq.
Maya Risman, Esq.
233 Broadway, Suite 2707
New York, New York 10279
Telephone: (212) 233-6400
sbarry@risman-law.com
mrisman@risman-law.com

*Attorneys for Plaintiff*

PLEASE TAKE NOTICE that, on Monday, June 15, 2026 at 11:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Lewis J. Liman, United States District Judge, of the Southern District of New York, Evan Brustein, Esq. ("Brustein Law PLLC") of Brustein Law PLLC, 299 Broadway, Suite 800, New York NY 10007, as well as Maya Risman, Esq. and Shannon Barry, Esq. ("Risman & Risman, P.C.") of Risman & Risman, P.C., 233 Broadway, Suite 2707, New York, New York 10279, counsel for Plaintiff Melissa Ramirez-Grullon ("Plaintiff"), shall and hereby respectfully seek leave of this Court pursuant to L. Civ. R. 1.4 to withdraw as counsel for Plaintiff.

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Brustein Law PLLC and Risman & Risman P.C. hereby notify the parties and the Court of their intent to withdraw as Counsel for Plaintiff. Movants state the following grounds for this notice and motion:

1. Evan Brustein, Esq., of Brustein Law PLLC appeared in this action on behalf of Plaintiff on April 23, 2025. (See Dkt. No. 1).

2. Shannon Barry, Esq. of Risman & Risman, P.C. appeared in this action on behalf of Plaintiff on April 24, 2025. (See Dkt. No. 3)

3. Maya Risman, Esq. of Risman & Risman, P.C. appeared in this action on behalf of Plaintiff on July 15, 2025. (See Dkt. No. 24)

4. There has been an irretrievable breakdown in the attorney-client relationship.

5. Rule 1.16 (c) of the New York Rules of Professional Conduct provides that "Except as stated in paragraph (d), a lawyer may withdraw from representing a client when: (1) withdrawal can be accomplished without material adverse effect on the interests of the client; [or] (6) the lawyer believes in good faith, in a matter pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal..." The foregoing

2

provisions are applicable to the instant circumstances.

6. No prejudice to other parties in this action should result from the withdrawal of Brustein Law PLLC and Risman & Risman, P.C., as the case is still in the discovery phase and new counsel can still determine which witnesses to depose and if additional discovery is needed.

7. Brustein Law PLLC and Risman & Risman, P.C. are not asserting a charging lien for any of the work done by Brustein Law PLLC and Risman & Risman, P.C..

8. Plaintiff has been advised that Brustein Law PLLC and Risman & Risman, P.C. intend to withdraw as her counsel.

9. So that Plaintiff can retain new counsel, Movants are requesting a 90-day stay of all deadlines:

   a. Depositions currently shall be completed by July 4, 2026;

   b. All expert discovery currently shall be completed by September 4, 2026,;

   c. Any motion for summary judgment shall be filed no later than September 27, 2026,

   d. The proposed joint pretrial order shall be submitted on ECF no later than October 4, 2026 or 30 days after a ruling on SJ.

10. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movants respectfully requests that the Court waive oral argument.

11. Wherefore, Brustein Law PLLC and Risman & Risman, P.C. respectfully request that the Court issue an order granting it leave to withdraw as counsel of record for Plaintiff.

## **CONCLUSION**

For all the above reasons, Brustein Law P L L C and Risman & Risman, P.C. respectfully request that the Court grant the motion to withdraw as counsel for Plaintiff.

Dated: May 22, 2026

**BRUSTEIN LAW PLLC**

_/s/ Evan Brustein_
Evan Brustein
299 Broadway, Suite 800
New York, New York 10007
Telephone: (212) 233-3900
Facsimile: (347) 786-6784
evan@brusteinlaw.com

**RISMAN & RISMAN, P.C.**

Shannon Barry, Esq.
Maya Risman, Esq.
233 Broadway, Suite 2707
New York, New York 10279
Telephone: (212) 233-6400
sbarry@risman-law.com
mrisman@risman-law.com

_Attorneys for Plaintiff_