UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                 :

MELISSA RAMIREZ-GRULLON,            :

                                 :

               Plaintiff,            :

                                 :            25-cv-3380 (LJL)

        -v-                          :

                                 :              ORDER

PERATON, INC., et al.,                :

                                 :

               Defendants.       :

                                 :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On May 22, 2026, counsel for Plaintiff submitted a motion to withdraw as attorney citing an "irretrievable breakdown of the attorney-client relationship." Dkt. No. 61 ¶ 4. The parties are hereby ordered to appear for a conference in Courtroom 15C, 500 Pearl Street at 10:00 a.m. on June 11, 2026. Plaintiff is ordered to appear at the conference.

      SO ORDERED.

Dated: May 26, 2026
      New York, New York               _____
                                      LEWIS J. LIMAN
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2026