USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA RAMIREZ-GRULLON,

Plaintiff,

-v-

PERATON, INC., et al.,

Defendants.

25-cv-3380 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, September 17, 2026. This Order memorializes the Court's rulings:

Plaintiff, who now is proceeding *pro se,* is directed to file a Notice of Pro Se Appearance and provide all contact information in this Notice. Plaintiff also may file (1) a Consent to Electronic Service to receive notification by email of all filings in this action. Instructions for this electronic service option are available here; and (2) a Motion for Permission for Electronic Case Filing to file documents electronically.

The Clerk of Court is directed to:

1. Add the PRO SE DFT Flag to this action
2. Add the following email address to the caption of the docket: mcramirezusa@gmail.com.
3. Mail Defendant the Information Package for *Pro Se* Litigants by email and note the mailing on the docket.
4. Docket STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024).

5. Add CASE MANAGEMENT NOTE to the docket.

The Court has referred the parties to Magistrate Judge Moses for the purposes of settlement. It is ORDERED that the Clerk of Court shall attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of settlement before the Magistrate Judge. *Pro bono* counsel will contact Plaintiff directly.[1] *Pro bono* counsel will represent Plaintiff for the purposes of settlement, and that representation will terminate at the conclusion of the settlement process. *Pro bono* counsel will have the authority to converse with counsel for Defendants including, without limitation, to retrieve copies of prior correspondence between Plaintiff or Plaintiff's prior counsel and Defendant's counsel, as needed to facilitate productive settlement discussions.

The case is otherwise STAYED from today until January 4, 2027. The parties may request an extension of this stay by letter motion, detailing the need for such an extension to continue good faith settlement discussions.

SO ORDERED.

Dated: September 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

[1] Because volunteer attorneys are a scarce resource, *pro se* litigants are not entitled to their choice of *pro bono* counsel. *Cf. Cooper v. Sargenti*, 877 F.2d 170, 172–73 (2d Cir. 1989). If Plaintiff chooses not to work with the volunteer attorney that reaches out to Plaintiff, Plaintiff's options may be to obtain new counsel on her own or proceed *pro se* in all aspects of this matter, including settlement.