**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MELISSA RAMIREZ-GRULLON,

Plaintiff,

-against-

PERATON, INC., et al.,

Defendants.

25-CV-3380 (LJL) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Thursday, December 03, 2026 at 4:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 29, 2026
New York, New York